**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7600**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

     v.

JASON L. MCCRIGHT,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Chief District Judge. (4:09-cr-00022-RBS-TEM-1)

———————

Submitted: December 17, 2015     Decided: December 22, 2015

———————

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jason L. McCright, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In November 2014, Jason L. McCright filed an 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. Because McCright was sentenced as a career offender, Amendment 782 to the Sentencing Guidelines, which reduced the offense levels applicable to drug offenses, did not have the effect of lowering his applicable Guidelines range. The district court therefore denied the motion. In September 2015, McCright filed a second § 3582(c)(2) motion, again seeking the benefit of Amendment 782. The district court denied relief, and McCright now appeals.

As the district court correctly concluded that it lacked authority to grant a motion to reconsider its ruling on a § 3582(c)(2) motion, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), we affirm the district court's order. We also deny McCright's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2